1  Robert S. Porter (#3838)
   PORTER LAW FIRM
2  7243 N. 16th Street
   Phoenix, Arizona 85020
3  Phone: (602) 468-3540
   Fax: (602) 277-4590
4  E-Mail: bob@porterlaw.biz

5  Attorney for Plaintiff
   AdVnt Biotechnologies, LLC
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ARIZONA

10

11 AdVnt Biotechnologies, LLC, an Arizona )
   limited liability company,             )
12                                         )
                      Plaintiff,           )
13                                         )
   v.                                      )
14                                         )   COMPLAINT
   Martin Schroeder, Ann Schroeder,        )
15 husband and wife; and The Emmes         )
   Group, Inc., a corporation,             )
16                                         )
                      Defendants.          )
17                                         )
                                           )
18

19         For its Complaint, AdVnt Biotechnologies, LLC, an Arizona limited

20 liability company ("AdVnt") alleges as follows:

21         1.    AdVnt Biotechnologies, LLC, is an Arizona limited liability

22 company authorized to business in Arizona and has its principal place of

23 business in Arizona and will be referred to herein as "AdVnt" or "Plaintiff

24 AdVnt".

25

26

2. Defendants Martin Schroeder and Ann Schroeder are husband and wife and are citizens of the State of California and will be referred to herein as "Schroeder".

3. Defendant The Emmes Group, Inc., is a corporation with its principal place of business located in San Francisco, California.

4. All of the actions taken by Defendant Martin Schroeder were for and on behalf of himself and Defendant The Emmes Group, Inc., and for and on behalf of his marital community.

5. This court has jurisdiction based on diversity of citizenship under **28 U.S.C. § 1332** as the damages exceed $75,000.

6. Venue is proper in this District as the actions alleged herein occurred in this District.

7. This action was originally filed on February 24, 2006, as a third-party claim, in United States District Court for the District of Arizona, BK-03-21672-PHX-GBN and CIV-06-0904-PHX-DGC. On November 9, 2006, the United States District Court dismissed and terminated the action that had been filed on February 24, 2006, and amended thereafter. That termination and dismissal was not a final judgment on the merits, or a dismissal for lack of prosecution, or a voluntary dismissal or an abatement of the action. Accordingly, pursuant to **A.R.S.§12-504** the plaintiff herein has preserved the original commencement date of February 24, 2006, because this Complaint has been filed within six months of the November 9, 2006 termination.

8. Osborn Scientific Group, Inc. ("Osborn") was an Arizona Corporation and is now a Chapter 11 Debtor in the United States Bankruptcy Court, BK-03-21672-PHX-GBN.

## CLAIM FOR RELIEF

9. Plaintiff AdVnt repeats and realleges each and every allegation set forth above as if fully set forth herein.

10. Defendant Martin Schroeder acted for and on behalf of his marital community, consisting of himself and his spouse Ann Schroeder, as well as for and on behalf of Defendant The Emmes Group, Inc., a corporation.

11. Defendant The Emmes Group, Inc., is responsible, vicariously or otherwise, for the actions of Defendant Martin Schroeder, at all material times stated herein.

12. Defendant Schroeder knew of the existence of the October 22, 2003 contract between Osborn Scientific Group, Inc., and Plaintiff AdVnt.

13. Beginning sometime in 2004 and ending in 2005, Defendant Schroeder acted intentionally to interfere with that contract so as to induce or cause that contract to be breached.

14. Defendant Schroeder's conduct constituting interference includes, but is not limited to, statements to third-parties that AdVnt did not pay fair consideration for the purchase of the biowarfare business of Osborn Scientific Group and that AdVnt did not obtain from Osborn Scientific Group all of the tangible and intangible property of the biowarfare business.

15. Defendant Schroeder made the following types of statements to third parties:

    A. That there were lucrative and enforceable contracts that Osborn Scientific Group, Inc., had in place for the sale of its biowarfare business products as of October 21, 2003;

    B. That offers to purchase the business of Osborn Scientific Group, Inc., including the biowarfare business, had been made that could have

been accepted by OSG and would have resulted in hundreds of thousands of dollars, if not millions, being received by OSG, before October 22, 2003; and

C. That numerous offers had been made to OSG to provide substantial amounts of capital, in exchange for ownership, before October 22, 2003.

16. Defendant Schroeder's statements, as alleged above, were fraudulent misrepresentations, that Schroeder knew the statements were not true when he made them but he nevertheless intended that those hearing his statements relied on them, accept them as true and act on them without any knowledge to the contrary. Defendant's Schroeder's statements were made with ill will, without any good faith basis for the same, all for the purpose of interfering with the October 22, 2003 contract between OSG and AdVnt and inducing or causing a termination or breach of the October 22, 2003 agreement.

17. OSG has breached the October 22, 2003 Agreement on the 18th day of January, 2006, upon the filing of the Complaint against AdVnt.

18. Defendant Schroeder's actions are improper.

19. Defendant Schroeder's actions have damaged Plaintiff AdVnt and Plaintiff AdVnt has suffered damages.

Wherefore, Plaintiff AdVnt Biotechnologies, LLC, requests judgment against Defendants Martin Schroeder, Ann Schroeder, and The Emmes Group, Inc., and each of them as follows:

A. For compensatory or direct damages in an amount to be determined at trial;

B. For consequential damages in an amount to be determined at trial;

C. For punitive damages in an amount to be determined at trial;

D. For costs of suit; and

E. For such other and further relief as the court considers just and proper.

DATED this 20th day of November, 2006

_____
Robert S. Porter
Attorney for Plaintiff
AdVnt Biotechnologies, LLC

| | |
|---|---|
| 1 | Robert S. Porter (#3838) |
| | PORTER LAW FIRM |
| 2 | 7243 N. 16th Street |
| | Phoenix, Arizona 85020 |
| 3 | Phone: (602) 468-3540 |
| | Fax: (602) 277-4590 |
| 4 | E-Mail: bob@porterlaw.biz |
| 5 | Attorney for Plaintiff |
| | AdVnt Biotechnologies, LLC |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

AdVnt Biotechnologies, LLC, an Arizona limited liability company,

        Plaintiff,

v.

Martin Schroeder, Ann Schroeder, husband and wife; and The Emmes Group, Inc., a corporation,

        Defendants.

**JURY TRIAL DEMANDED**

Pursuant to **Rule 38(b)**, Plaintiff hereby gives notice of its demand for trial by jury.

DATED this 20th day of November, 2006

_____
Robert S. Porter
Attorney for Plaintiff
AdVnt Biotechnologies, LLC

SERVED on defendants with the Summons and Complaint